**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: § § | CASE NO. 2:15-bk-51399 |
| MARILYN HARPER-CARTER § | |
| TIMOTHY CARTER JR. § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Fay Servicing, LLC as servicing agent for PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee** | **Federal National Mortgage Association c/o Seterus, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Fay Servicing, LLC**
**Bankruptcy Department**
**939 W. North Avenue Suite 680**
**Chicago, Illinois 60642**

Court Claim # (if known): 4-1
Amount of Claim: $98,477.76
Date Claim Filed: 07/14/2015

Phone: 312-780-0011
Last Four Digits of Acct #: **xxxxxx0279**

Phone:
Last Four Digits of Acct.#: 0161

Name and Address where transferee payments should be sent (if different from above):

Fay Servicing, LLC
Bankruptcy Department
939 W. North Avenue Suite 680
Chicago, Illinois 60642

Phone: 312-780-0011
Last Four Digits of Acct #: **xxxxxx0279**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Julian Cotton                     Date:         11/29/2016
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4590-N-1864

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 29, 2016 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Marilyn Harper-Carter
1571 Wilson Ave.
Columbus, OH 43207

Timothy Carter, Jr.
1571 Wilson Ave.
Columbus, OH 43207

**Debtors' Attorney**
Erin E. Schrader
Rauser & Associates
5 E. Long Street, Suite 300
Columbus, OH 43215

**Chapter 13 Trustee**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

**U.S. Trustee**
Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215

Respectfully Submitted,

/s/ Julian Cotton
Julian Cotton