UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION DIVISION

IN RE:                                                          CASE NO. 15-51399
                                                               CHAPTER 13

Timothy Carter Jr
Marilyn Harper-Carter                          JUDGE C KATHRYN PRESTON

              DEBTORS                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, FRANK M PEES TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US Bank Trust

**Final Cure Amount**

| Court Claim # | Account Number | Claim Amount | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 0279 | $9,311.39 | $9,311.39 | $9,311.39 |
| Total Amount Paid by Trustee | | | | $9,311.39 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  **X**   Through September 2018 via conduit       __   Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-51399

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of September, 2018.

Timothy Carter Jr, Marilyn Harper-Carter, 1571 Wilson Ave., Columbus, OH  43207

ELECTRONIC SERVICE - Erin E. Schrader, Rauser & Associates, 5 E. Long Street, Suite 300, Columbus, OH  43215

US Bank Trust, c/o BSI Financial Services, PO Box 679002, Dallas, TX  75267-9002

ELECTRONIC SERVICE - ohbk@rslegal.com

ELECTRONIC SERVICE - Bkmail@rosicki.com

ELECTRONIC SERVICE - United States Trustee

Date:  September 20, 2018                             /s/ FRANK M PEES TRUSTEE
                                                      FRANK M PEES TRUSTEE
                                                      Chapter 13 Trustee
                                                      130 E WILSON BRIDGE RD #200
                                                      WORTHINGTON, OH  43085-6300